IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHN THOMAS SULLIVAN,　　　　　　　　　　　　　　　　CV. 09-1479-MA

　　　　　Petitioner,　　　　　　　　　　　　　　　　　　JUDGMENT
　v.

J.E. THOMAS, Warden,
FCI Sheridan,

　　　　　Respondent.

MARSH, Judge

　　Based on the Record,

　　IT IS ORDERED AND ADJUDGED that petitioner's petition for writ of habeas corpus (#2) is GRANTED.  Respondent is ORDERED to expunge the disciplinary finding that petitioner violated Code 113 on July 23, 2008, and restore the 40 days of good conduct time that was revoked as a sanction.

　　IT IS SO ORDERED.

　　DATED this _31_ day of August, 2010.

　　　　　　　　　　　　　　　　　　_/s/  Malcolm F. Marsh_____
　　　　　　　　　　　　　　　　　　Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　United States District Judge

1 -- JUDGMENT